**U.S. Department of Justice**

Civil Rights Division

DLK:JPB:ADJ:lj
DJ 170-50-7

*Employment Litigation Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*
*www.usdoj.gov/crt/emp*

MAR 27 2015

VIA ELECTRONIC FILING
Honorable David N. Hurd
U.S. District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re: United States v. Syracuse, et al.
Civil Action No.: 78-cv-392; 80-cv-53 (NDNY)

Dear Judge Hurd:

The United States requests that its Motion to Reopen and Return These Administratively-Closed Cases to the Court's Active Docket (Docket No. 30) and its Motion for Additional Relief (Docket No. 31) ("Motions") be withdrawn without prejudice. Since the filing of our Motions on August 30, 2013, the New York State Civil Service Commission ("Commission") has begun the process of developing new entry-level firefighter and police officer examinations. Through their cooperative efforts, the United States and the Commission seek to facilitate the development and institution of valid, job-related written examinations to be used in the City of Syracuse's selection of entry-level firefighters and police officers. The United States believes that the progress made so far toward achieving that goal warrants withdrawing our Motions without prejudice at this time subject to renewal. Counsel for the Commission has no objection to the instant request.

The United States requests that the Court retain jurisdiction over this matter.

Sincerely,

Delora L. Kennebrew
Chief
Employment Litigation Section

By:

*/s/ Alicia D. Johnson*
JOHN P. BUCHKO (DC Bar 452745)
Deputy Chief
ALICIA D. JOHNSON (DC Bar 494032)
Senior Trial Attorney
Employment Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW, PHB 4906
Washington, DC 20530
Telephone: (202) 305-4349
Facsimile: (202) 514-1005
Alicia.Johnson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2015, the Motion to Reopen and Return These Administratively-Closed Cases to the Court's Active Docket and its Motion for Additional Relief, were filed electronically filed with the Clerk of the Court through CM/ECF, and that such system will provide notification of the filing to counsel of record for all parties.

*/s/ Alicia D. Johnson*
ALICIA D. JOHNSON (DC Bar 494032)
Senior Trial Attorney
Employment Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW, PHB 4906
Washington, DC 20530
Telephone: (202) 305-4349
Facsimile: (202) 514-1005
Alicia.Johnson@usdoj.gov